472 A.2d 268

Commonwealth v. Stewart, Appellant.

Submitted October 7, 1983.   Vincent T. Snyder, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Petition to withdraw is denied.   Counsel is directed to file an amended request for leave to withdraw that meets with the requirements outlined in *Commonwealth v. McClendon*, 495 Pa. 467, 434 A.2d 1185 (1981).   Counsel is to comply with this order within thirty (30) days or risk sanctions.   Jurisdiction is retained.